02-12-208-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

 

NO. 02-12-00208-CV 

 

 


 
 
 Toll Dallas TX, LLC
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Colleyville Home Owners' Rights Association, Inc.
 
 
  
 
 
 APPELLEE 
 
 


 

 

------------

 

FROM THE 352nd
District Court OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered appellant's “Unopposed Motion For
Dismissal Without Prejudice.”  It is the court’s opinion that the motion should
be granted; therefore, we dismiss the appeal.  See Tex. R. App. P.
42.1(a)(1), 43.2(f).

          Costs
of the appeal shall be paid by the party incurring the same, for which let
execution issue.  See Tex. R. App. P. 42.1(d).

 

                                                                             PER
CURIAM

PANEL: 
MCCOY,
GARDNER, and MEIER, JJ. 


 

DELIVERED: 
December 13, 2012 








 









[1]See Tex. R. App. P. 47.4.